| | |
|---|---|
| 1 | JOHN N. McNICHOLAS, ESQ. |
| | STATE BAR #138304 |
| 2 | McNicholas Law Office, LLC |
| | 1415 East Elm Avenue |
| 3 | El Segundo, CA 90245 |
| | (310) 607-0381 |
| 4 | (310) 607-9184 - FAX |
| | Email: john@mcnicholaslawoffice.com |
| 5 | Attorney for Defendant, |
| | RUBEN PEREZ-RAYGOZA |

NOTE: CHANGES MADE BY THE COURT

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

   Plaintiff,

vs.

RUBEN PEREZ RAYGOZA,

   Defendant.

Case No. CR 06-543-GAF

ORDER DENYING CONTINUANCE OF DEFENDANT RUBEN PEREZ RAYGOZA'S SENTENCING HEARING

The Honorable Gary A. Feess

Hearing Date: September 22, 2008
Time:              1:30 p.m.

   UPON CONSIDERATION of Defendant, RUBEN PEREZ RAYGOZA'S Motion for Continuance of Sentencing Hearing and for good cause shown,

   IT IS HEREBY ORDERED that sentencing in this matter, currently scheduled for September 22, 2008, at 1:30 p.m, be continued to _____ at _____ _.m.

DATED: September 17, 2008

**READ AND CONSIDERED**

**DENIED**
BY ORDER OF THE COURT
_____
HONORABLE GARY A. FEESS
UNITED STATES DISTRICT JUDGE

1