FILED
CLERK, U.S. DISTRICT COURT
MAY 12 2015
CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br>　　v.<br>RUBEN RAYGOZA,<br>　　　　　Defendant. | Case No.  CR 06-543 RGK<br><br>ORDER OF DETENTION<br><br>[Fed. R. Crim. P. 31.1(a)(6);<br>18 U.S.C. § 3143(a)(1)] |

### I.

The Court conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release.

II.

The Court finds that

A. ☒ Defendant has not carried his/her burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

- ☒ Lack of bail resources
- ☐ Refusal to interview with Pretrial Services
- ☒ No stable residence or employment
- ☐ Previous failure to appear or violations of probation, parole, or release
- ☐ Ties to foreign countries
- ☐ Allegations in petition
- ☐

B. ☒ Defendant has not carried his/her burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

- ☒ Nature of previous criminal convictions
- ☒ Allegations in petition
- ☒ Substance abuse
- ☐ Already in custody on state or federal offense
- ☐

III.

IT IS THEREFORE ORDERED that the defendant be detained pending further proceedings.

Dated: May 12, 2015

_____
HON. MICHAEL R. WILNER
UNITED STATES MAGISTRATE JUDGE